UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No. 07-cr-176-01-SM

Moise Williams

## O R D E R

Defendant Williams' motion to continue the final pretrial conference and trial is granted (document 14). Trial has been rescheduled for the March 2008 trial period. Defendant Williams will file a waiver of speedy trial rights not later than January 7, 2008. On the filing of such waiver, his continuance will be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** February 21, 2008 at 4:00 p.m.

**Jury Selection**: March 4, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 21, 2007

cc: Jessica C. Brown, Esq.
    Jennifer C. Davis, AUSA
    US Probation
    US Marshal