## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Case No.  07-cr-176-01-SM

<u>Moise William</u>

### O R D E R

Defendant William's motion to continue the trial is granted  (document 31).   Trial has been rescheduled for the May 2008 trial period.   Defendant Williams will file a waiver of speedy trial rights not later than March 28, 2008. On the filing of such waiver, his continuance will be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April  24, 2008 at 4:00 p.m.

**Jury Selection**:  May 6, 2008 at 9:30 a.m.

SO ORDERED.


Steven J. McAuliffe
Chief Judge

March  17, 2008

cc:    Jessica C. Brown, Esq.
       Jennifer C. Davis, AUSA
       US Probation
       US Marshal